UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NOV 13 2017

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   NOV 13 2017

CLERK

ORIGINAL

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

SIERRA CLUB, )
        Petitioner )
         )
         )
v. )
         )    No.   17-1236
         )
FEDERAL ENERGY REGULATORY )
COMMISSION, )
         )
        Respondent. )

## PETITION FOR REVIEW

Pursuant to Section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), Federal Rules of Appellate Procedure 15, and Circuit Rule 15, Sierra Club hereby petition the United States Court of Appeals for the District of Columbia Circuit for review of the Federal Energy Regulatory Commission's Order Issuing Certificates and Granting Abandonment in *NEXUS Gas Transmission, LLC*, 160 FERC ¶ 61,022 (2017), entered on August 25, 2017.

Petitioner was an intervenor in the Commission proceedings below. Petitioner filed a timely request for rehearing of the Order and a simultaneous motion to stay the Order pending the Commission's decision on the request. Petitioner's request for rehearing was denied by operation of law pursuant to 15 U.S.C. § 717r(a) because the Commission did not act on the request within 30

days. Instead, Commission staff issued an invalid "tolling order," while "authority to act on request for rehearing" paired with a motion to stay has not been delegated by the Commission to staff. *See* Delegation of Authority to the Secretary, the Director of the Office Electric Power Regulation and the General Counsel, 60 Fed. Reg. 62,326, 62,327 (Dec. 6, 1995). The staff also lacked authority to issue a "tolling order" because the Natural Gas Act does not permit the Commission to delegate such authority. *See* 15 U.S.C. § 717r(a). Finally, a "tolling order" does not constitute an "act" on a request for rehearing under the Natural Gas Act. *Id.* Thus, Petitioner's request for rehearing was denied by operation of law and this Court has jurisdiction to review the Order Issuing Certificates and Granting Abandonment pursuant to 15 U.S.C. § 717r(b).

Dated: November 9, 2017

Respectfully submitted,

Benjamin A. Luckett
D.C. Bar No. 54227
Appalachian Mountain Advocates
P.O Box 507
Lewisburg, WV 24901
(304) 645-0125
bluckett@appalmad.org

Benjamin Barczewski
Staff Attorney
Appalachian Mountain Advocates

415 7th Street NE
Charlottesville, VA 22902
(610) 730-6388
bbarczewski@appalmad.org

*Counsel for Petitioner*

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NOV 13 2017

RECEIVED

ORIGINAL

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NOV 13 2017

CLERK

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| SIERRA CLUB, | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) No. 17-1236 |
| FEDERAL ENERGY REGULATORY | ) |
| COMMISSION, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**PETITIONER'S RULE 26.1 STATEMENT**

In accordance, with FRAP 26.1 and D.C. Circuit Rule 26.1, Sierra Club

certifies that it has no parent company, and there are no parent companies that have

a ten percent or greater ownership interest in them. Sierra Club, a corporation

organized and existing under the laws of the State of California, is a national

nonprofit organization dedicated to the protection, preservation, and enjoyment of

the environment.

Dated: November 9, 2017

Respectfully submitted,

Benjamin A. Luckett
D.C. Bar No. 54227
Appalachian Mountain Advocates

4

P.O Box 507
Lewisburg, WV 24901
(304) 645-0125
bluckett@appalmad.org

Benjamin Barczewski
Staff Attorney
Appalachian Mountain Advocates
415 7th Street NE
Charlottesville, VA 22902
(610) 730-6388
bbarczewski@appalmad.org

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 9, 2017, a copy

of the foregoing Petition for Review and Corporate Disclosure Statement was

served by email on the following parties, including all members of the service list

in FERC Docket Number CP16-22-000:

James Danly
General Counsel
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426
james.danly@ferc.gov

Robert Solomon
Solicitor
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426
robert.solomon@ferc.gov

Patricia Workman
landowner
7571 Ryan Road
Medina, OHIO 44256
workmanpatty@gmail.com

Joe Hyclak
7606 Hidden Acres Dr
Medina, OHIO 44256
jhyclak@aol.com

Clinton Stahler
Associate
Goldman & Braunstein, LLP
500 South Front Street, Suite 1200
Columbus, OHIO 43215

stahler@gblegal.net

Stacy Owen
6423 Berkey SOuthern
Whitehouse, OHIO 43571
stacyowen7@gmail.com

Karen Gerhardinger
Reporter The Mirror Newspaper
113 W. Wayne St.
Maumee, OHIO 43537
karen@themirrornewspaper.com

Deborah Swingholm
2356 County Road D
Swanton, OHIO 43558
Deb@floweringmoon.com

Thomas Goodwin
7660 Manore Rd.
Whitehouse, OHIO 43571
tgoodwin@totalink.net

Jill Lipinski
6019 Berkey southern
Whitehouse, OHIO 43571
Jilllipinski@gmail.com

Wendylea Wyandt
827 Maple Lane
Waterville, OHIO 43566
wwyandt@bex.net

David Bagrowski
11133 Oak Pointe Dr
Whitehouse, OHIO 34571
djbagrowski@gmail.com

Jensen Silvis
134 Jean Ave
Munroe Falls, OHIO 44262
jsilvis.fwap@yahoo.com

Daniel Wyandt

827 Maple Lane
Waterville, OHIO 43566
dwyandt@bex.net

Kathy Schoen
14490 E. ON Ave
Climax, MICHIGAN 49034
tuttlehill78@yahoo.com

Robert Wheeler
2213 East Mason Rd.
Milan, OHIO 44846
rklw@mac.com

sheri ebbott
887 killinger rd
clinton, OHIO 44216
tge@aol.com

Liz Athaide-Victor
Dr. Liz Athaide-Victor
1045 Co. Rd. B
Swanton, OHIO 43558
lizvictor@aol.com

Sandra Jakubec
11335 Birch Pointe Dr
Whitehouse, OHIO 43571
sjsj537178@aol.com

Janice Lower
Janice A. Lower
17450 W. River Rd.
Bowling Green, OHIO 43402
Gypsy3j@aol.com

Kyle Hubbard
7246 Wood Creek Lane
Maumee, OHIO 43537
kyle.hubbard@gmail.com

Kim Cowgill
8301 Rochester Rd
Kensington, OHIO 44427

kim.cowgill@edwardjones.com

Erin Kovacs
13323 Woodbrier Lane
Grand Rapids, OHIO 43522
beiererin@gmail.com

Tim Dundr
7600 Hidden Acres Dr
Medina, OHIO 44256
tdundr@gmail.com

John Rozic
725 Village Parkway
Waterville, OHIO 43566
jrozic@snhslaw.com

Shawn Cahill
34 Marvelle Lane
Westtown, NEW YORK 10998
smcahill@gmail.com

Marlene lindeman
13701 Hametown Rd.
Doylestown, OHIO 44230
gklindmn@ohio.net

John Elder
Chairman
121 Kendal Drive
Oberlin, OHIO 44074-1905
JohnDElder@aol.com

Charlene Barnes
7051 Chatham Rd.
Medina, OHIO 44256
barnescr@msn.com

Ryan Talbott
5020 NE 8th Avenue
Portland, OREGON 97211
rtalbott@alleghenydefense.org

Alfred Schrader

Attorney at Law
441 Wolf Ledges Pkwy
Suite 400
Akron, OHIO 44311
alschrader@outlook.com

Michael Lyons
Assistant Prosecuting Attorney
72 Public Square
Medina, OHIO 44286
mlyons@medinaco.org

Craig Wilson
C.J. Wilson Law, LLC
348 Thomas Lane
London, OHIO 43140
craig@cjwilsonlaw.com

David Eigel
2258 Nimishillen Church Rd
Canton, OHIO 44721
deigel@neo.rr.com

Diane Calta
City of Green
City of Green, Ohio
1755 Town Park Boulevard
P.O. Box 278
Green, OHIO 44232
dcalta@cityofgreen.org

Carolyn Elefant
Principal Attorney
INDIVIDUAL
1629 K Street NW
Suite 300
Washington, DISTRICT OF
COLUMBIA 20006
carolyn@carolynelefant.com

James Bagdonas
City of Waterville
25 North Second Street

Waterville, OHIO 43566
jbagdonas@waterville.org

Ben Schoene
Sr. Regulatory Analyst
600 North Dairy Ashford, CH-1062A
Houston, TEXAS 77079
ben.j.schoene@conocophillips.com

Deborah Moss
Principal Attorney
Consumers Energy Company
1730 Rhode Island Ave., N.W.
Suite 1007
Washington, DISTRICT OF
COLUMBIA 20036
damoss@cmsenergy.com

David Mucklow
919 E. Turkeyfoot Lake Rd
Suite B
Akron, OHIO 44312
davidmucklowlaw@gmail.com

Zachary Paquette
ITC Holdings Corp., et al.
27175 Energy Way
Novi, MICHIGAN 48377
zpaquette@itctransco.com

Jon Christinidis
Attorney
DTE Energy Company
One Energy Plaza
Detroit, MICHIGAN 48226
christinidisj@dteenergy.com

Gary Jeffries
Dominion Resources Services, Inc.
501 Martindale Street
Pittsburgh, PENNSYLVANIA 15212
gary.a.jeffries@dom.com

Russell Kooistra
Troutman Sanders LLP
401 9th Street N.W., Suite 1000
Washington, DISTRICT OF
COLUMBIA 20004
russell.kooistra@troutmansanders.com

Linda Ashar
Attorney
13010 W Darrow Road
Vermilion, OHIO 44089
lasharlaw1@gmail.com

Stacey Burbure
FirstEnergy Corp.
801 Pennsylvania Avenue, NW
Suite 310
Washington, DISTRICT OF
COLUMBIA 20004
sburbure@firstenergycorp.com

Morgan Parke
Attorney
FirstEnergy
76 South Main Street
Akron, OHIO 44308-1890
mparke@firstenergycorp.com

Terry Lodge
Lawyer
316 N. MichiganSt., Suite 520
Toledo, OHIO 43604-5627
lodgelaw@yahoo.com

George Seanor
Manager
6931 Ridge Road
Sharon Center, OHIO 44274
gseanor@ruhlin.com

Deborah Swingholm
2356 County Road D
Swanton, OHIO 43558

Deb@floweringmoon.com

David Firestine
405 Rothrock Road, Suite 103
Akron, OHIO 44321
dlf@witscheylaw.com

Gregory Huber
Attorney
Gregory A. Huber, LLC
600 East Smith Road
Medina, OHIO 44256
ghuber@gambit.net

Cindy Celusta
121 Rutledge dr
Waterville, OHIO 43566
Ollieoops@aol.com

Andrew Jamieson
Counsel
ITC Holdings Corp.
27175 Energy Way
Novi, MICHIGAN 48377
ajamieson@itctransco.com

Gerald Innes
Assistant Prosecutor
225 Court St. 3rd Fl
Elyria, OHIO 44035
gerald.innes@lcprosecutor.org

Thomas James
Director
6364 Deerview Lane
Medina, OHIO 44256
tjames@medinaco.org

Andrew Jamieson
Counsel
ITC Holdings Corp.
27175 Energy Way
Novi, MICHIGAN 48377

ajamieson@itctransco.com

Heather Durian
Assistant Attorney General
Attorney General
7109 W. Saginaw Highway
Lansing, MICHIGAN 48917
durianh@michigan.gov

Todd Kotler
Attorney
Gruber, Thomas & Co.
Gruber, Thomas & Co.
6370 Mt. Pleasant St. NW
North Canton, OHIO 44720
Tkotl@gruberthomas.com

William Scharfenberg
Attorney
NJR Service Corporation
PO Box 1415
Wall, NEW JERSEY 07719
wscharfenberg@njresources.com

Lisa Connolly
GM, Rates & Certificates
Enbridge, Inc.
5400 Westheimer Ct
Suite 6N-61
Houston, TEXAS 77056
lisa.connolly@enbridge.com

Kenneth Christman
Associate General Counsel
NiSource Corporate Services Co.
501 Technology Drive
Canonsburg, PENNSYLVANIA 15317
kchrist@nisource.com

William Scharfenberg
Attorney
NJR Service Corporation
PO Box 1415

Wall, NEW JERSEY 07719
wscharfenberg@njresources.com

Chad Endsley
General Counsel
OHIO FARM BUREAU
FEDERATION, INC.
280 N. High St., 6th Floor
P.O. Box 182383
Columbus, OHIO 43218
cendsley@ofbf.org

Leah Curtis
Director of Agricultural Law
OHIO FARM BUREAU
FEDERATION, INC.
280 N. High St., 6th Floor
P.O. Box 182383
Columbus, OHIO 43218
lcurtis@ofbf.org

Amy Milam
Ohio Farm Bureau Federation, I
OHIO FARM BUREAU
FEDERATION, INC.
280 N. High Street
P.O. Box 182383
Columbus, OHIO 43218
amilam@ofbf.org

Vivian Stockman
project coordinator
PO Box ^753
Huntington, WEST VIRGINIA 25773
vivian@ohvec.org

Cara Lewis
Assistant Regulatory Counsel
80 Park Plaza, T5
Newark, NEW JERSEY 07102
cara.lewis@pseg.com

William Mapes

Law Office of William R. Mapes
Law office of William R. Mapes, Jr.
888 16th Street, N.W.
Suite 800
Washington, DISTRICT OF
COLUMBIA 20006
wrm@wrmapeslaw.com

Kelly Allen
Manager, Regulatory Affairs
Energy Transfer Partners, L.P.
1300 Main Street
Room 17.074
Houston, TEXAS 77002
kelly.allen@energytransfer.com

James Barney
101 1/2 Madison Street
Port Clinton, OHIO 43452
Jim@KocherGillum.com

Kathryn McCoy
Attorney
1200 Smith Street, Suite 900
Houston, TEXAS 77002
kmccoy@southernco.com

John Galonski
Assistant Prosecuting Attorney
SUMMIT COUNTY OF
53 Univesity Ave.
6th Floor
Akron, OHIO 44308
galonski@prosecutor.summitoh.net

Rick Kazmierczak
Township Trustee
Swancreek Township
5565 County Road D
Delta, OHIO 43515
rmkazm@aol.com

16

Steven Hellman
Associate General Counsel
Algonquin Gas Transmission Company
5400 Westheimer Ct.
Houston, TEXAS 77056-5310
sehellman@spectraenergy.com

Timothy Warner
Attorney at Law
Cavitch Familo & Durkin Co., LPA
1300 East Ninth Street, 20th Floor
Cleveland, OHIO 44114
twarner@cavitch.com

Peter Jenkins
Director Of Real Estate
The Ohio State University
2003 Millikin Road
Columbus, OHIO 43210
jenkins.913@osu.edu

Kara Mundy
Attorney
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OHIO 43215
kmmundy@vorys.com

Michael Bragg
Spengler Nathanson
4 Seagate
Suite 400
Toledo, OHIO 43604
mbragg@snlaw.com

Jason Gillett
Manager, Upstream Regulation
Union Gas Limited
50 Keil Drive North
Chatham, ONTARIO N7M5M1
CANADA
jgillett@uniongas.com

17

Matthew Rick
Attorney
John & Hengerer LLP
1730 Rhode Island Avenue, N.W.
Suite 600
Washington, DISTRICT OF
COLUMBIA 20036-3116
mrick@jhenergy.com

Phillip Stephenson
Vice President, General Counse
Vectren Corporation
One Vectren Square
211 N.W. Riverside Drive
Evansville, INDIANA 47708
jstephenson@vectren.com

Dawn Sanderson
Waterville Township Lucas County
Ohio
2509 Broadway Street
Toledo, OHIO 43609
sanderson@sandersonlawoffices.com

Andrea Uhler
Wayne County Prosecutor's Offi
Wayne County Prosecutor's Office
115 West Liberty St.
Wooster, OHIO 44691
auhler@countyprosecutor.com

Jennifer Orr
TAFT, STETTINIUS & HOLLISTER
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OHIO 44114
jorr@taftlaw.com

Lori Kepus
Fiscal Officer
Woodville Township
321 East Main Street

PO Box 121
Woodville, OHIO 43469
woodvilletwp@embarqmail.com

Benjamin A. Luckett
Appalachian Mountain Advocates
P.O Box 507
Lewisburg, WV 24901
(304) 645-0125
bluckett@appalmad.org